# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

JACOB SPRADLIN,
                Plaintiff,

v.                                            CIVIL ACTION NO. 3:16-6986

ADMINISTRATOR LARRY CRAWFORD
of the West Virginia Regional Jail;
DAVID RODES; and
STEVEN BOLAND,
                Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant the Motion to Dismiss Larry Crawford (ECF No. 22); deny Spradlin's Motion to Not Dismiss (ECF No. 28); dismiss the complaint against Larry Crawford, and remove him as a defendant in this case. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** the Motion to Dismiss Larry Crawford (ECF No. 22); **DENIES** Spradlin's Motion to Not Dismiss (ECF No. 28); **DISMISSES** the complaint against Larry Crawford, and **REMOVES** him as a defendant in this case, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: June 13, 2017

_____
ROBERT C. CHAMBERS, CHIEF JUDGE